HONOLULU PAPER COMPANY, LIMITED, *v.* FREDERICK K. MAKINO AND MICHIE MAKINO.

No. 2190.

ARGUED MARCH 12, 1937.                    DECIDED MARCH 16, 1937.

COKE, C. J., BANKS, J., AND CIRCUIT JUDGE BROOKS
IN PLACE OF PETERS, J., ABSENT.

*Per Curiam.* The petitioner-appellee, Honolulu Paper Company, Limited, moves for attorneys' fees to be allowed for services rendered by its counsel in this court in the above matter on appeal. All counsel fees for services rendered here and in the court below can, we believe, be read-

ily ascertained and fixed in the circuit court upon the final hearing of the matter.

The motion will therefore be denied without prejudice.

*F. E. Thompson* and *M. K. Ashford* for the motion.

*J. V. Esposito* contra.